1  Carol Lynn Thompson (SBN 148079)
2  cthompson@sidley.com
   SIDLEY AUSTIN LLP
3  555 California Street, Suite 2000
4  San Francisco, CA 94104
   Telephone: (415) 772-1200
5  Facsimile: (415) 772-7400

6
   Joshua E. Anderson (SBN 211320)
7  janderson@sidley.com
   Lauren M. De Lilly (SBN 301503)
8  ldelilly@sidley.com
9  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
10 Los Angeles, CA 90013
   Telephone:  (213) 896-6000
11 Facsimile:  (213) 896-6600
12
13 *Attorneys for Defendant*
   *New York Life Insurance Company*
14

15                **UNITED STATES DISTRICT COURT**
16                **CENTRAL DISTRICT OF CALIFORNIA**

17 | SIMON LEVAY, JUDITH WILLIS and | Case. No. 2:17-cv-09041-DDP (PLAx)
18 | LIONEL BROWN, Individually and on Behalf of all Others Similarly Situated, | Assigned to: Judge Dean D. Pregerson
19 |   |
20 |   Plaintiff, | **ORDER AND FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)**
21 |   v. |
22 | AARP, INC., AARP SERVICES, INC., UNITEDHEALTH GROUP, INC., UNITEDHEALTHCARE INSURANCE COMPANY, NEW YORK LIFE INSURANCE COMPANY and DOES 1 through 60, inclusive, |
23 | |
24 | |
25 | |
26 | |
27 |   Defendants. |
28

## ORDER AND FINAL JUDGMENT

This matter came before the Court on Defendants New York Life Insurance Company, UnitedHealth Group, Inc., and UnitedHealthcare Insurance Company's (collectively, "Insurance Defendants") Joint Motion for Entry of Judgment pursuant to Federal Rule of Civil Procedure 54(b).  On November 2, 2018, the Court issued an Order granting the Insurance Defendants' respective Motions to Dismiss and dismissing the claims of Plaintiffs Simon Levay, Judith Willis, and Lionel Brown (collectively, "Plaintiffs") against them with prejudice.  ECF No. 77.  The Insurance Defendants have requested entry of final judgment pursuant to Rule 54(b), and Plaintiffs do not oppose entry of judgment.  The Court finds that entry of judgment is warranted because the claims against the Insurance Defendants are severable and there is no just reason for delay.

Accordingly, for the reasons stated in the Insurance Defendants' Motion for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 54(b), the Court finds that there is no just reason for delay of entry of final judgement.  Final judgment is hereby entered as to Defendants New York Life Insurance Company, UnitedHealth Group, Inc., and UnitedHealthcare Insurance Company.

**IT IS SO ORDERED.**

Dated:  January 29, 2019

_____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE